# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VINCENT JOHNSON                                             PLAINTIFF

V.                      NO. 3:17-CV-00266-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner of
Social Security Administration                             DEFENDANT

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion to Extend Time to file an appellate brief.

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 14*) is GRANTED. The Court's Scheduling Order (*doc. 12*) is modified to provide that Plaintiff's appeal brief is due May 10, 2018. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 10th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE