UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VINCENT JOHNSON                                                                   PLAINTIFF

v.                              No. 3:17-CV-00266-JTR

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner
of Social Security Administration**                                             DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 17th day of January 2019.

_____
UNITED STATES MAGISTRATE JUDGE